# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA VAUGHAN, an individual, ) | Case No. 2:15-cv-01778-JAM-KJN |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| CONVERGENT HEALTHCARE ) | |
| RECOVERIES and DOES 1 through ) | |
| 10, inclusive. ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

    Dated this 7th day of October 2016

/s/ John A. Mendez_____
The Honorable John A. Mendez

Order to Dismiss - 1